UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-197-GWU

SHIRLEY HONAKER, PLAINTIFF,

VS.  **MEMORANDUM OPINION AND ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

    Counsel for the plaintiff has filed a Motion to Alter or Amend the court's Memorandum Opinion and Order of July 30, 2008 regarding payment of attorney's fees. Counsel believes that there is some ambiguity as to whether she can recover the fee awarded to her client under EAJA in the absence of a written assignment. The court disagrees. The Memorandum Opinion and Order only concerned the issue of whether the check for fees could be made payable directly to counsel; it did not alter the underlying purpose of awarding attorney's fees under EAJA, which remain properly owed by the plaintiff to counsel. The manner in which counsel collects these fees is a matter which the court must leave to counsel's discretion. Accordingly,

    The Motion to Alter or Amend is DENIED.

    This the 20th day of August, 2008.



Signed By:
<u>G. Wix Unthank</u>
**United States Senior Judge**